# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

## NOTICE OF CHANGE OF CHAPTER 13 TRUSTEE

     Judy A. Robbins, United States Trustee for Region 4, hereby gives notice that this case previously assigned to Joy S. Goodwin, Chapter 13 standing trustee, has been reassigned to Pamela Simmons-Beasley, Chapter 13 standing trustee.  This reassignment is the result of the retirement of Joy S. Goodwin as a Chapter 13 trustee effective December 31, 2015.  Pamela Simmons-Beasley's assignment to this case shall be effective January 1, 2016.  All notices, pleadings, and correspondence in this case should be directed to:

Pamela Simmons-Beasley<br>
Chapter 13 Trustee<br>
1813 Laurel Street<br>
Columbia, SC  29201<br>
(803) 779-5180

All debtor plan payments should be directed to:

Pamela Simmons Beasley<br>
Chapter 13 Trustee<br>
P. O. Box 63339<br>
Charlotte, NC  28263-3339

JUDY A. ROBBINS
United States Trustee
Region Four


By: /s/ John Timothy Stack
John Timothy Stack
Assistant United States Trustee
Dist. Ct. I.D. No. 4272
Department of Justice
Office of the United States Trustee
1835 Assembly Street, Ste. 953
Columbia, SC  29201
(803) 765-5218
John.T.Stack@usdoj.gov

Date:  January 1, 2016